UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENDING CAPITAL ADVISORS LLC, ET AL.,

Petitioners,

- against -

ZETECH, INC.,

Respondent.

26-cv-9315 (JGK)

**Order**

JOHN G. KOELTL, District Judge:

On October 23, 2026, the petitioners filed a petition to enforce arbitration discovery orders. ECF No. 1. On November 2, 2026, the petitioners filed an affidavit of service indicating that service had been made on the respondent on October 28, 2026. ECF No. 3.

To date, the respondent has not responded to the petition. The time for the respondent to respond to the petition is extended until **December 11, 2026.** The petitioners may reply by **December 18, 2026.** If there is no response to the petition, the petition may be decided on the current papers.

The petitioners are directed to serve this Order on the respondent by **November 24, 2026**, and to file proof of service on the docket.

SO ORDERED.

Dated: New York, New York
November 20, 2026

John G. Koeltl
United States District Judge